ANTHONY PHILLIPS *v.* RICHARD SHREEVE.

CERTIORARI.

The state of demand, or copy of account before a justice should specify
particulars. A general charge for "vendue account," or "note of A. B."
insufficient.

Shreeve, the defendant in certiorari, had obtained a judg-
ment, before a justice of the peace, for the amount of his
book account, a copy of which was set forth in his state of
demand.

*Ewing* moved to reverse the judgment of the justice, on
account of the insufficiency of the state of demand. The
two items in the copy of the account or state of demand, to
which he objected, were as follows: Feb. 24th, Solomon
Reeves'. note $9.00. May 18th, Vendue account, $10.85.

These charges, he contended, were not sufficiently specific.

*Per curiam.* For the reason alleged, let the judgment
be reversed.